LAW OFFICES OF

# WEINTRAUB & WEINTRAUB, P.A.

A Professional Association

Peter B. Weintraub, Esquire
Toni R. Weintraub, Esquire

2700 North Military Trail
Suite 355
Boca Raton, Florida 33431

Telephone (561) 988-6411
Facsimile (561) 988-6011
Email: PBW@weintraublawfirm.com

December 22, 2015

**Via Email: heatherraewilson@hotmail.com and Federal Express**

Heather Wilson
11208 East Laurel Lane
Scottsdale, AZ 85259

Re:   Our client:   Exam Coordinators Network, Inc. v. Heather Wilson
Violation of Confidentiality Non-Solicitation Agreement
**Cease & Desist Notice**

Dear Ms. Wilson:

This law firm represents Exam Coordinators Network, Inc. (ECN). On December 17, 2013, you executed the attached Confidentiality Non-Solicitation Agreement between yourself and ECI Holdings LLC d/b/a Exam Coordinators Network. Please note we are also attaching Assignment Agreement dated December 7, 2013, wherein ECI Holdings, LLC assigned all of its right, title, and interest with respect to your Confidentiality Non-Solicitation Agreement to Exam Coordinators Network, Inc., an Illinois Corporation.

Our client has also provided us with a copy of the December 3, 2013 offer of employment letter which you received and signed on December 5, 2013. By virtue of this letter, you acknowledged that "new employees" were "required" to sign a non-solicitation and confidentiality agreement.

On July 14, 2015 your services with Exam Coordinators Network was terminated. While you may wish to dispute the grounds for termination, there is no question based upon the documentation that we have been provided with by our client, that you engaged in wrongful conduct which violated not only the terms and conditions of the Confidentiality Non-Solicitation Agreement, but constitutes a breach of your fiduciary duty owed to your employer and a breach of your duty of loyalty owed to ECN. Our client has provided us with unquestioned evidence of your on-going breach of the Confidentiality Non-Solicitation Agreement.

Specifically, in Section 1 of the Confidentiality Non-Solicitation Agreement you acknowledged and agreed as follows:

> *"Employee acknowledges and agrees that Employee has and will come into contact with, have access to and learn various technical and non-technical trade secrets and other Confidential Information, which are the property of Company. Such Confidential Information includes but is not*

EXHIBIT E

Heather Wilson letter
December 22, 2015
Page 2

> *limited to methods, procedures, devices and other means used by Company in the conduct of its business, marketing plans and strategies, pricing plans and strategies, data processing programs, databases, and all other matters of a technical nature, all of which Confidential Information is not publicly available; names and addresses of Company's customers and their representatives responsible for entering into contracts for Company's services, customer leads or referrals, specific customers needs and requirements and the manner in which they have been met by Company, information with respect to pricing, costs, profits, sales, markets, plans for future business and other development, all of which Confidential Information is not available from directories or other public sources; and information with respect to Company's employees, their names and addresses, compensation, experience, qualifications, abilities, job performance and similar information. All of the Confidential Information has been developed, acquired or complied by Company at its great effort and expense."*

In Section 2 you acknowledged and agreed that any disclosure, divulging or revealing or other use of Confidential Information other than in connection with ECN's business would be highly detrimental to the business and would result in a serious loss of business and pecuniary damages therefrom. You specifically and affirmatively covenanted to hold all such confidential information and documents related thereto in the strictest confidence.

ECN is now aware that you have violated this non-disclosure provision and are using information related to ECN and its on-going business and contractual relationships to your benefit. Therefore, in addition to your contractual violations, you are tortuously interfering with ECN's advantageous business and contractual relationships. Specifically, this tortuous interference constitutes a violation of the Non-Solicitation of Customer provision set forth in Section 3.

Based upon your violations as set forth above, our client is entitled to immediately commence legal proceedings seeking injunctive relief against you. In the absence of a written stipulation and acknowledgment by you, that you will cease and desist from all future contractual violations and provide a complete and thorough accounting of your improper conduct to date including all emails, letters, faxes, between you and any customer or employee of ECN, together with all invoices and proof of payments which you or your successor company have submitted or received in connection with such improper conduct, we have been authorized by our client to commence legal proceedings in the United States District Court in and for the Southern District of Florida and Arizona.

Heather Wilson letter
December 22, 2015
Page 3

You have seven (7) days following the receipt of this letter in which to contact undersigned counsel and to provide the documents and accounting requested herein. In the event we do not receive an affirmative response from you to this letter, our client will assume you will continue to intentionally and knowingly violate your contractual restrictions which will necessitate the filing of such legal proceedings deemed proper by ECN without further notice to you.

Govern yourself accordingly.

Very truly yours,

Peter B. Weintraub, Esq.

PBW/jvb
Enclosures, as noted
cc:     Client